749 A.2d 463

**J. Lucile LOGAN, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF LABOR AND INDUSTRY, BUREAU OF WORKERS' COMPENSATION and Administrative Law Judge Linda Newman, Appellees.**

Supreme Court of Pennsylvania.

April 17, 2000.

## *ORDER*

PER CURIAM.

**AND NOW**, this 17th day of April, 2000, the order of the Commonwealth Court is affirmed.